AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | )  |
|---|---|
| Sony ATV Tunes LLC, Islandsoul Music, The 1992 Diane Warren Trust d/b/a Realsongs, Almo Music Corporation | ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:09-2084-HFF |
| | ) |
| Harriet Grady-Thomas LLC, Harriet Grady-Thomas | ) |
| *Defendant* | ) |

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff *(name)* Sony ATV Tunes LLC, Islandsoul Music, The 1992 Diane Waren Trust dba Realsongs, Almo Corporation shall recover from the defendants Harriet Grady-Thomas LLC, and Harriet Grady-Thomas the amount of Twenty-one thousand dollars ($21,000.00) in statutory damages and Five thousand dollars ($5,000.00) in attorney's fees and costs making a total judgment of Twenty-Six Thousand Dollars. dollars ($ 26,000.00 ), which includes prejudgment interest at the rate of       %, plus postjudgment interest at the rate of       %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*            recover costs from the plaintiff *(name)*            .

❏ other:                                                                                      .


This action was *(check one)*:

❏ tried by a jury with Judge                                    presiding, and the jury has rendered a verdict.

❏ tried by Judge                                    without a jury and the above decision was reached.

■ decided by Judge        Henry F. Floyd        on a motion for   default judgment                                                                                      .


Date:   November 19, 2009                                        *CLERK OF COURT*

s/Angela Lewis

*Signature of Clerk or Deputy Clerk*