# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Sony ATV Tunes LlC, Islandsoul Music,                          **AMENDED DEFAULT**
The 1992 Diane Warren Trust d/b/a Realsongs,
Almo Music Corporation                                    **JUDGMENT IN A CIVIL CASE**

    vs.
                           Case Number: 6:09-2084-HFF

Harriet Grady-Thomas LLC, Harriet Grady-Thomas


**[X]**    **Decision on the Record.**  This action came before the court on the record.  The issues
        have been reviewed and a decision rendered.

        **IT IS ORDERED AND ADJUDGED** that the plaintiffs Sony ATV Tunes LLC,

Islandsoul Music, The 1992 Diane Warren Trust d/b/a Realsongs, and Almo Corporation

shall recover from the defendants Harriet Grady-Thomas LLC and Harriet Grady-Thomas

the amount of Twenty-One Thousand dollars and 00/100 cents ($21,000.00) in statutory

damages and Five Thousand dollars and 00/100 cents ($5,000.00) in attorney's fees and costs

for a total judgment of Twenty-Six Thousand dollars and 00/100 cents ($26,000,00) with post

judgment interest at a rate of .33%.


                                   LARRY W.  PROPES, Clerk


                                   By: **s/Angela Lewis**_____
                                   Deputy Clerk

December 10, 2009